**No. 56484.**—Walter Mann *v.* United States, protest 169090–K (Los Angeles).

Opinion by LAWRENCE, J. From an examination of the papers in the case the court found nothing therein tending in any way to overcome the presumption of correctness attaching to the decision of the collector. The protest was therefore overruled.

**No. 56485.**—Arcee Trading Company et al. *v.* United States, protests 161766–K, etc. (New York).

Opinion by FORD, J. It was stipulated that certain items of the involved merchandise consist of bleached silk fabrics, valued at more than $5.50 per pound, the same in all material respects as those passed upon in *Walter Strassburger & Co., Inc., et al.* v. *United States* (26 Cust. Ct. 210, C. D. 1326). Accepting the stipulation as a statement of fact and following the cited authority, it was held that the merchandise imported or withdrawn from warehouse prior to January 1, 1948, is dutiable at 45 percent under paragraph 1205, as modified by T. D. 48316, and that which was imported or withdrawn from warehouse subsequent to said date is dutiable at 25 percent under said paragraph, as modified by T. D. 51802.

MARCH 17, 1952

**No. 56486.**—S. S. Kresge Company *v.* United States, protest 164259–K.——Abstract 56297. Plaintiff's application for rehearing denied.

MARCH 21, 1952

**No. 56487.**—SUIT 4714.—Henry Wedemeyer *v.* United States.——Reap. Dec. 8051. (Appeal dismissed. January 18, 1952.)